ALBERT A. PELLETIER *v.* WILLIE J. PARADIS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Maurice W. Rosenberg,* in support of the petition.

*M. Paul Mikolitch,* in opposition.

Submitted January 23—decided February 15, 1967

J. STEWART THORNE ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD ET AL.

The motion by the plaintiffs for a review of the decision concerning the correction of the record in the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Francis J. McNamara, Jr.,* on the motion.

Submitted January 28—decided February 21, 1967

STATE OF CONNECTICUT *v.* JEROME D. COHEN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Harry Cohen,* in support of the petition.

*Francis M. McDonald,* deputy chief prosecuting attorney, in opposition.

Submitted August 4, 1966—decided February 28, 1967